UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JBP HOTELS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:19-CV-00076-BP |
| v. | ) |
| | ) |
| AMGUARD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff JBP Hotels, LLC ("JBP") by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), files this voluntary dismissal with prejudice, stating as follows:

1. Plaintiff files this lawsuit on February 1, 2019 seeking declaratory relief and vexatious refusal against Defendant AmGUARD Insurance Company.

2. Defendant filed an Answer on September 30, 2019.

3. On April 1, 2021 this Court entered an Order to stay this action as the parties had reached a resolution.

4. At this time, both parties have satisfied the requirements set forth in the Parties' resolution, and as such, Plaintiff hereby voluntarily dismisses this action with prejudice.

Dated this 6th day of August, 2021.

Respectfully submitted,

**THE BOYD LAW FIRM, LLC**

                                                                   By: /s/ *Daniel L. Boyd*
                                                                          Daniel L. Boyd MO Bar#65378
                                                                          7815 NW Rhode Ave.
                                                                          Kansas City, Missouri 64152
                                                                          T: (816) 721-8214
                                                                          Daniel@Boyd-LawKC.com
                                                                          *Attorney for Plaintiff*

2

Case 4:19-cv-00076-BP   Document 34   Filed 08/06/21   Page 2 of 3

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronic mail upon Defendant's counsel of record this 6th day of August, 2021 to:

James C. Morris
jmorris@grsm.com
Harry Benson
hbenson@grsm.com

            By:  /s/ *Daniel L. Boyd*